# UNITED STATES DISTRICT COURT
## District of Columbia
### Complaint

**FILED**
Clerk of Courts
JAN - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DIXIE GRALEY
740-674-6918
10206 S River Rd
McConnesville
OH 43756

Accident
Muskingum Co
OHIO

Amount of Money 213 million Dollars

CASE NUMBER 1:07CV00047
JUDGE: Richard W. Roberts
DECK TYPE: Personal Injury/Malpracti
DATE STAMP: 01/__/2007

VS

UZAN BANK-Hunington
219 Maysville Ave
Zanesville, OH 43701

ACCIDENT OCT 25 2004
UZAN BANK
DUNCAN Falls
OHIO

I fell when I came out of the bank. I fell over a metal strip in the doorway. I fell up against a brick wall and I got 3 cracks in my skull, I had (a) brain concussion. Some mild brain damage, my lower neck and vertbres was damaged, Also my elbows and legs, I have neck/pain and headackes, All the time. My skull has parts of bone coming out where it is healing. My docter is Docter Ronald Kalchick 200 Maysville Ave Zanesville OH 43701

I need $400,000 for Medical and to live off of. Sue for 213 million Dollars, Sue for the Bank at Duncan Falls And the Business.

[signature scribbled out]

Sue for 213 million Dollars

Sue for $400,000 For Medical Bills And Money To live off of

Sue for the Duncan Falls Bank And Business.

Dixie Graley
DIXIE GRALEY
10206 S River Rd
McConnesville OH
43756

# UNITED STATES DISTRICT COURT

Clerk of Courts

## DISTRICT of Columbia

Dixie Graley
740-674-6918
10206 S River Rd
McConnesville
OH 43756

ACCIDENT
MUSKINGUM
CO, OHIO

Amount of MONEY 213 Million Dollars

VS

UZAN BANK - Hunington
219 Maysville Ave
Zanesville, OH 43701

ACCIDENT
Oct 25, 2004
UZAN BANK
DUNCAN Falls
OHIO

I fell when I came out of the Bank, I fell over a Metal STRIP in the doorway I fell up against a Brick wall and I got 3 cracks in my skull. I had a Brain Concussion some mild Brain Damage my lower neck and vertbaes was damaged. Also my elbows and legs. I have neck/pain and headakes all the time. My skull has parts of Bone coming out where it is healing. My Docter is Docter Ronald Kalchick 200 Maysville Ave Zanesville OH 43701

I need $400,000 for Medical and to live off of.

SUE FOR 213 Million Dollars, SUE FOR the AT DUNCAN Falls and the Business

~~Dixie Graley~~
~~10206 S River Rd~~
~~McConnesville, OH 43756~~

Sue for $213 million Dollars

Sue for $400,000 For Medical Bills and money To Live off of.

Sue for The Duncan Falls Bank and Business - Duncan Falls Ohio

Uzan Bank - Main and Mound

Dixie Graley
DIXIE GRALEY
10206 S River Rd
McConnesville OH
43756

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
### COMPLAINT

**Dixie Graley**
740-674-6918
10206 S River Rd
McConnesville OH, 43756

ACCIDENT
MUSKINGUM CO OHIO

Clerk of Courts
RECEIVED JAN 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Amount of Money 213 Million Dollars

**VS**

UZAN Bank - Huntington
219 Maysville Ave
Zanesville OH 43701

ACCIDENT Oct 25 2004
UZAN BANK - Duncan Falls OH

I fell when I came out of the bank. I fell over a metal strip in the doorway. I fell up against a brick wall and I got 3 cracks in my skull, I had a brain concussion, some mild brain damage. My lower neck and vertebras was damage also my elbows and legs. I have neck pain and headackes all the time. My skull has parts of bone coming out where it is healing. My docter is Docter Ronald Kalchick - 200 Maysville Ave Zanesville Ohio 43701. I need $400,000 for medical and to live off of. Sue for this. Sue for 213 Million Dollars. Sue for the Bank UZAN at Duncan Falls, OH and the Business.

Dixie Graley
10206 So River Rd McConnesville OH 43756

FILED
07 0047
JAN - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

005000                    12013                    5954b  N4169 TH16 IIM 002 2249 L

SOUTH ZANESVILLE FAMILY MEDICA                    **STATEMENT**
200 NORTH MAYSVILLE AV
ZANESVILLE OH 43701                    WE ARE NOW ACCEPTING PAYMENT BY
                                       VISA AND MASTERCARD.

RETURN SERVICE REQUESTED

☐ CHECK HERE For Credit Card Payment
SHOW AMOUNT
PAID HERE           $_____

| (740) 455-3112 | 11/15/06 | 12013 | 01 | CONTINUED |
|---|---|---|---|---|
| OFFICE PHONE NUMBER | CLOSING DATE | YOUR ACCOUNT NUMBER | PAGE NO. | PATIENT BALANCE |

*GRAKey*
DIXIE L RUSSELL
BOX 25 10206 S RIVER
ROAD
BLUE ROCK, OH 43720-0025

SOUTH ZANESVILLE FAMILY MEDICA
200 NORTH MAYSVILLE AV
ZANESVILLE, OH 43701-6172

NOTE: Charges and payments not appearing on this
statement will appear on next month's statement.

PLEASE RETURN THIS PORTION WITH PAYMENT

CHARGES APPEARING ON THIS STATEMENT ARE **NOT** INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | PROVIDER NAME | EXPLANATION OF ACTIVITY | PATIENT NAME | CHARGES AND DEBITS | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
| 091506 | | BALANCE FORWARD | | -5.00 | |
| 092506 | KALCHIK DO | OV EST LEVEL 4 | D RUSSELL | 120.00 | |
| 092506 | | ADDITIONAL DIAGNOSIS | | | |
| 092506 | | ADDITIONAL DIAGNOSIS | | | |
| 092506 | | ADDITIONAL DIAGNOSIS | | | |
| 092506 | | EKG AND INTERP | | 65.00 | |
| 092506 | | URINALYSIS | | 15.00 | |
| 092506 | | MICRAL URINE | | 13.00 | |
| 092506 | | B-12 | | 11.00 | |
| 092506 | | THERAPEUTIC, DIAGNOSTIC INJECTION SUBCU | | 35.00 | |
| 092606 | | MEDICARE OHIO # 137191    Filed | | | |
| 101106 | KALCHIK DO | OV EST LEVEL 3 | D RUSSELL | 80.00 | |
| 101106 | | ADDITIONAL DIAGNOSIS | | | |
| 101106 | | ADDITIONAL DIAGNOSIS | | | |
| 101106 | | ADDITIONAL DIAGNOSIS | | | |
| 101206 | | MEDICARE OHIO # 137541    Filed | | | |
| 101306 | | PAYMENT   MEDICARE OHIO   c# 1371911 | | | -3.30 |

STATEMENT
CLOSING DATE:  11/15/06 PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE:    12013

PATIENT BALANCE
PAY THIS AMOUNT
CONTINUED

SEND INQUIRIES TO:
SOUTH ZANESVILLE FAMILY MEDICA          (740) 455-3112
200 NORTH MAYSVILLE AV
ZANESVILLE OH 43701                     HAVE YOU CHECKED WITH YOUR
IRS #: 311489098                        INSURANCE COMPANY ABOUT THE
                                        PAYMENT DELAY.

RADIOLOGY ASSOC OF S.E.O., INC.
838 MARKET STREET PO BOX 250
ZANESVILLE, OH 43701

ADDRESS SERVICE REQUESTED

#BWNHXTW
#ZANE SV02 2526 ///6#   2967*RAS *11 *018

DIXIE GRALEY
PO BOX 25
BLUE ROCK, OH 43720-0025

| PATIENT NAME |
|---|
| DIXIE GRALEY |

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 022526 | 01/30/06 |

| AMOUNT DUE | AMOUNT PAID |
|---|---|
| $9.10 | |

RADIOLOGY ASSOC OF S.E.O., IN
838 MARKET STREET PO BOX 250
ZANESVILLE, OH 43701

**BILLING QUESTIONS? CALL: 1-740-452-9319**
DETACH AT PERFORATION BELOW AND RETURN THIS PORTION OF STATEMENT WITH PAYMENT

| DATE | DOCTOR | CODE | DESCRIPTION | DIAG | AMOUNT |
|---|---|---|---|---|---|
| 10/25/04 | STAFF PHYSICIAN | 70470 -26 | CT HEAD/BRAIN; W & W/O CN | 780.39 | $295.00 |
| 11/11/04 | STAFF PHYSICIAN | 1399 | WRITE OFF BCBS | | $221.40- |
| 01/04/05 | STAFF PHYSICIAN | 0100 | PAYMENT-SELF PAY AFTER IN | | $4.37- |
| 02/08/05 | STAFF PHYSICIAN | 0100 | PAYMENT-SELF PAY AFTER IN | | $8.72- |
| 03/15/05 | STAFF PHYSICIAN | 0100 | PAYMENT-SELF PAY AFTER IN | | $8.80- |
| 04/06/05 | STAFF PHYSICIAN | 0100 | PAYMENT-SELF PAY AFTER IN | | $8.75- |
| 05/06/05 | STAFF PHYSICIAN | 0110 | PAYMENT-SELF PAY | | $5.00- |
| 09/06/05 | STAFF PHYSICIAN | 9952 | MANUAL BAD DEBT WRITE OFF | | $37.96- |
| 09/06/05 | STAFF PHYSICIAN | 9902 | IN-HOUSE BAD DEBT W/O | | $37.96 |
| 09/06/05 | STAFF PHYSICIAN | 0100 | PAYMENT-SELF PAY AFTER IN | | $8.86- |
| 11/04/05 | STAFF PHYSICIAN | 0110 | PAYMENT-SELF PAY | | $10.00- |
| 12/29/05 | STAFF PHYSICIAN | 0110 | PAYMENT-SELF PAY | | $10.00- |
| 10/25/04 | STAFF PHYSICIAN | 71010 -26 | CHEST; 1 VIEW | 780.39 | $30.00 |
| 11/11/04 | STAFF PHYSICIAN | 1399 | WRITE OFF BCBS | | $19.50- |
| 01/04/05 | STAFF PHYSICIAN | 0100 | PAYMENT-SELF PAY AFTER IN | | $.63- |
| 02/08/05 | STAFF PHYSICIAN | 0100 | PAYMENT-SELF PAY AFTER IN | | $1.28- |
| 03/15/05 | STAFF PHYSICIAN | 0100 | PAYMENT-SELF PAY AFTER IN | | $1.20- |
| 04/06/05 | STAFF PHYSICIAN | 0100 | PAYMENT-SELF PAY AFTER IN | | $1.25- |
| 05/06/05 | STAFF PHYSICIAN | 0110 | PAYMENT-SELF PAY | | $5.00- |
| 09/06/05 | STAFF PHYSICIAN | 9952 | MANUAL BAD DEBT WRITE OFF | | $1.14- |

\* \* \* C O N T I N U E D \* \* \*
PAGE 01

| ACCOUNT NUMBER | DATE OF STATEMENT | AMOUNT PAID | AMOUNT DUE |
|---|---|---|---|
| 022526 | 01/30/06 | | |

PAYMENTS AFTER THIS DATE WILL APPEAR ON YOUR NEXT STATEMENT

PATIENT NAME
DIXIE GRALEY

MAKE CHECKS PAYABLE TO:
RADIOLOGY ASSOC OF S.E.O., INC.   Tax Id:48-1290229

Place of Service: GOOD SAMARITAN MED CENTER
Referring Doctor: NADEAU, M.D.   GARY

RADIOLOGY ASSOC OF S.E.O., INC.
838 MARKET STREET PO BOX 250
ZANESVILLE, OH 43701
1-740-452-9319

SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

Case 1:07-cv-00047-RWR    Document 1-2    Filed 01/08/2007    Page 13 of 97

**Anthem**
An independent licensee of the Blue Cross and Blue Shield Association.
Anthem Blue Cross and Blue Shield is the trade name of Community Insurance Company
® Registered Marks Blue Cross and Blue Shield Association

P.O. BOX 7850
LOUISVILLE, KY 40233-7850

1124AI010131-012409    *011803020200*
CUSTOMER SERVICE
1/08/2005 (888) 613-6097

| | |
|---|---|
| PATIENT: | DIXIE |
| ID NUMBER: | XXXXX2002 |
| PROVIDER: | GENESIS HEALTHCARE SYSTEMS |
| CLAIM NUMBER: | 04321I0C6C00 |
| RECEIVED DATE: | 11/15/04 |
| EOB DATE: | 11/24/04 |
| AMOUNT YOU OWE PROVIDER, IF NOT ALREADY PAID: | 647.49 |

#BWNCQXF
#FOH997271637/DS4#  N03
DIXIE L GRALEY
10206  SOUTH RIVER RD
P O BOX 28
BLUE ROCK OH  43720-0028

## Explanation of Benefits (EOB)

DEAR DIXIE L GRALEY

THIS IS AN EXPLANATION OF THE CLAIMS PROCESSED BY ANTHEM FOR BENEFITS PROVIDED TO YOU.
REASON CODES, WHEN APPLICABLE, ARE EXPLAINED AT THE BOTTOM OF THE LAST PAGE.
IF YOU FILED MULTIPLE PROVIDER BILLS, THEY MAY BE PROCESSED SEPARATELY.

IF YOU ARE COVERED BY MORE THAN ONE (1) HEALTH BENEFIT PLAN, YOU SHOULD FILE ALL YOUR CLAIMS WITH
EACH PLAN.  THIS CLAIM MAY HAVE BEEN PAID AS IF ANTHEM WERE THE PRIMARY CARRIER.  IF YOU HAVE
COVERAGE WITH TWO OR MORE PLANS, THE PLANS' COORDINATION OF BENEFITS RULES WILL BE USED TO DETERMINE
HOW MUCH EACH PLAN PAYS.  PLEASE CONTACT CUSTOMER SERVICE TO UPDATE YOUR OTHER PLAN INFORMATION.

EXPLANATION FOR ASTERISKS BELOW:
* CLAIMS ARE PROCESSED IN ORDER OF DATE RECEIVED, NOT NECESSARILY IN DATE OF SERVICE ORDER.

** WE MAY HAVE A CONTRACT WITH YOUR PROVIDER THAT PERMITS US TO PAY YOUR PROVIDER AT REDUCED RATES.

*** THIS IS THE AMOUNT OF THE BILLED CHARGE THAT WE ARE PAYING YOUR PROVIDER.

| DATE OF SERVICE * | TYPE OF SERVICE | BILLED CHARGES | DEDUCTIBLE | COPAY/ CO-INS | PROVIDER AGREEMENT SAVINGS ** | WE ARE PAYING YOUR PROVIDER *** |
|---|---|---|---|---|---|---|
| 10/25/2004 | PHARMACY | 16.26 | 12.13 | | 4.13 | 0.00 |
| 10/25/2004 | GEN ANCILLARY | 156.36 | 116.64 | | 39.72 | 0.00 |
| 10/25/2004 | GEN ANCILLARY | 78.24 | 58.37 | | 19.87 | 0.00 |
| 10/25/2004 | MEDICAL SUPPLY | 32.16 | 23.99 | | 8.17 | 0.00 |
| 10/25/2004 | LABORATORY | 10.62 | 7.92 | | 2.70 | 0.00 |
| 10/25/2004 | LABORATORY | 62.82 | 46.86 | | 15.96 | 0.00 |
| 10/25/2004 | LABORATORY | 223.44 | 76.06 | 18.13 | 56.75 | 72.50 |
| 10/25/2004 | LABORATORY | 27.84 | | 4.15 | 7.07 | 16.62 |
| 10/25/2004 | LABORATORY | 39.54 | | 5.90 | 10.04 | 23.60 |
| 10/25/2004 | LABORATORY | 10.02 | | 1.49 | 2.55 | 5.98 |
| 10/25/2004 | LABORATORY | 10.62 | | 1.58 | 2.70 | 6.34 |
| 10/25/2004 | LABORATORY | 76.50 | | 11.41 | 19.43 | 45.66 |
| 10/25/2004 | LABORATORY | 43.98 | | 6.56 | 11.17 | 26.25 |
| 10/25/2004 | LABORATORY | 33.24 | | 4.96 | 8.44 | 19.84 |
| 10/25/2004 | LABORATORY | 40.32 | | 6.02 | 10.24 | 24.06 |
| 10/25/2004 | LABORATORY | 27.42 | | 4.09 | 6.96 | 16.37 |
| 10/25/2004 | RADIOLOGY | 140.70 | | 20.99 | 35.74 | 83.97 |
| 10/25/2004 | RADIOLOGY | 1,255.26 | | 187.28 | 318.84 | 749.14 |
| 10/25/2004 | EMERGENCY ROOM | 123.60 | | 18.44 | 31.39 | 73.77 |
| 10/25/2004 | DIAG MEDICAL | 97.32 | | 14.52 | 24.72 | 58.08 |

| BILLED CHARGES | TOTAL PROVIDER SAVINGS | WE ARE PAYING YOUR PROVIDER | AMOUNT YOU OWE TO THE PROVIDER |
|---|---|---|---|
| 2,506.26 | 636.59 | 1,222.18 | 647.49 |

YOU ARE RESPONSIBLE FOR A CHARGE DENIED DUE TO MEDICAL NECESSITY IF YOU AGREED, PRIOR TO THE
SERVICE AND AFTER SEEING THE APPROXIMATE COST IN WRITING, TO BE RESPONSIBLE FOR IT.

**THIS IS NOT A BILL**    PLEASE RETAIN FOR YOUR RECORDS. THIS IS THE ONLY COPY YOU WILL RECEIVE.



MUSKINGUM EMERGENCY PHYSICIANS
PO BOX 1418
ZANESVILLE, OH 43702-1418

17033-R661

RETURN SERVICE REQUESTED

833 NADEAU, GARY MD

| | IF PAYING BY MASTERCARD OR VISA, FILL OUT BELOW. | |
|---|---|---|
| | CHECK CARD USING FOR PAYMENT ☐ MASTERCARD  ☐ VISA | |
| CARD NUMBER | | SIGNATURE CODE |
| SIGNATURE | | EXP. DATE |
| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
| 11/23/04 | 426.00 | 001 73539 |

PAGE: 1 of 1

SHOW AMOUNT PAID HERE  $

200002A

═══ ADDRESSEE: ═══

GRALEY, DIXIE — *Russell*
10206 S RIVER RD
BLUE ROCK, OH 43720

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

═══ REMIT TO: ═══

MUSKINGUM EMERGENCY PHYSICIANS
PO BOX 1418
ZANESVILLE, OH 43702-1418

17033-R661*1DX0MD8CW000135

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

## STATEMENT

| DIAG CODE | DATE | DR NO | PATIENT NAME | P S | SERVICE CODE | SERVICE RENDERED | PAYMENTS |
|---|---|---|---|---|---|---|---|
| 919.0 | 102504 | 833 | DIXIE | 23 | 99285 | Emergency dept visit, high | 343.00 |
| 297.9 | 102504 | 833 | DIXIE | 23 | 08064 | IV NS/.9NS/RL/NALC | 65.00 |
| 401.9 | 102504 | 833 | DIXIE | 23 | 93042 | Rhythm ECG, report only | 18.00 |
| | | | Hospital: | | | GOOD SAMARITAN HOSPI | |
| | | | | | | New Ending Balance----> | 426.00 |

THIS BILL IS FOR PHYSICIAN SERVICES PROVIDED AT BETHESDA OR
GOOD SAMARITAN HOSPITAL EMERGENCY DEPARTMENT. IF YOU HAVE
INSURANCE OR QUESTIONS, PLEASE CALL THE TOLL FREE NO BELOW.

Please remit all payments, correspondence, and insurance information to the
address indicated above. Any and all correspondence related to bankruptcies
or other legal matters should be directed to Muskingum Emergency Physicians,
2951 Maple Ave, Zanesville, OH 43701

OUR CUSTOMER SERVICE NUMBER IN ILLINOIS IS
630-734-0640 AND OUT OF STATE IS TOLL FREE 866-734-0640

| ACCOUNT NO. | CLOSING DATE | CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS | LAST AMOUNT IN THIS COLUMN IS YOUR NEW BALANCE |
|---|---|---|---|---|---|---|---|
| 001 73539 | 112304 | 426.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

BUSINESS:   8667340640
APPOINTMENT: TOLL FREE NO

17033-R661*1DX0MD8CW000135

**Anthem.**

An independent licensee of the Blue Cross and Blue Shield Association.
Anthem Blue Cross and Blue Shield is the trade name of Community Insurance Company
® Registered Marks Blue Cross and Blue Shield Association

P.O. BOX 7850
LOUISVILLE, KY  40233-7850

CUSTOMER SERVICE
TOLL FREE (888) 613-6097

1215AI010131-013913   *012989020101*

| | |
|---|---|
| PATIENT: | DIXIE |
| ID NUMBER: | XXXXX2002 |
| PROVIDER: | KALCHIK, RONALD J. |
| CLAIM NUMBER: | 04345E779F00 |
| RECEIVED DATE: | 12/10/04 |
| EOB DATE: | 12/15/04 |
| AMOUNT YOU OWE PROVIDER, IF NOT ALREADY PAID: | 21.24 |

012989
#BWNCQXF
#FOH997271637/DS4#  N03
DIXIE L GRALEY
10206  SOUTH RIVER RD
P O BOX 28
BLUE ROCK OH  43720-0028

# Explanation of Benefits (EOB)

DEAR DIXIE L GRALEY

THIS IS AN EXPLANATION OF THE CLAIMS PROCESSED BY ANTHEM FOR BENEFITS PROVIDED TO YOU.
REASON CODES, WHEN APPLICABLE, ARE EXPLAINED AT THE BOTTOM OF THE LAST PAGE.
IF YOU FILED MULTIPLE PROVIDER BILLS, THEY MAY BE PROCESSED SEPARATELY.

IF YOU ARE COVERED BY MORE THAN ONE (1) HEALTH BENEFIT PLAN, YOU SHOULD FILE ALL YOUR CLAIMS WITH
EACH PLAN.  THIS CLAIM MAY HAVE BEEN PAID AS IF ANTHEM WERE THE PRIMARY CARRIER.  IF YOU HAVE
COVERAGE WITH TWO OR MORE PLANS, THE PLANS' COORDINATION OF BENEFITS RULES WILL BE USED TO DETERMINE
HOW MUCH EACH PLAN PAYS.  PLEASE CONTACT CUSTOMER SERVICE TO UPDATE YOUR OTHER PLAN INFORMATION.

EXPLANATION FOR ASTERISKS BELOW:
* CLAIMS ARE PROCESSED IN ORDER OF DATE RECEIVED, NOT NECESSARILY IN DATE OF SERVICE ORDER.

** WE MAY HAVE A CONTRACT WITH YOUR PROVIDER THAT PERMITS US TO PAY YOUR PROVIDER AT REDUCED RATES.

**** THIS IS THE AMOUNT THAT IS NOT PAYABLE AND MAY INCLUDE AMOUNTS THAT ARE THE PROVIDER AND/OR
YOUR RESPONSIBILITY. PLEASE SEE THE AMOUNT YOU OWE THE PROVIDER TO DETERMINE WHAT YOU OWE THE
PROVIDER.

*** THIS IS THE AMOUNT OF THE BILLED CHARGE THAT WE ARE PAYING YOUR PROVIDER.



| DATE OF SERVICE * | TYPE OF SERVICE | BILLED CHARGES | COPAY/ CO-INS | PROVIDER AGREEMENT SAVINGS ** | AMOUNT NOT PAYABLE **** | REASON CODE | WE ARE PAYING YOUR PROVIDER *** |
|---|---|---|---|---|---|---|---|
| 12/08/2004 | MEDICAL CARE | 112.00 | 17.86 | 22.70 | | | 71.44 |
| 12/08/2004 | MEDICATION ADMN | 11.00 | 0.04 | 10.82 | | | 0.14 |
| 12/08/2004 | IMMUNIZATIONS | 13.00 | 1.77 | 4.17 | | | 7.06 |
| 12/08/2004 | SURGERY | 12.00 | 1.57 | 4.13 | | | 6.30 |
| 12/08/2004 | MEDICAL CARE | 15.00 | | | 15.00 | E24 | 0.00 |

| BILLED CHARGES | TOTAL PROVIDER SAVINGS | WE ARE PAYING YOUR PROVIDER | AMOUNT YOU OWE TO THE PROVIDER |
|---|---|---|---|
| 163.00 | 56.82 | 84.94 | 21.24 |

YOU ARE RESPONSIBLE FOR A CHARGE DENIED DUE TO MEDICAL NECESSITY IF YOU AGREED, PRIOR TO THE
SERVICE AND AFTER SEEING THE APPROXIMATE COST IN WRITING, TO BE RESPONSIBLE FOR IT.


REASON CODES

   E24  THIS PART OF THE CHARGE EXCEEDS THE ALLOWED AMOUNT AND IS NOT COVERED.


**THIS IS NOT A BILL**       PLEASE RETAIN FOR YOUR RECORDS. THIS IS THE ONLY COPY YOU WILL RECEIVE.

**Anthem.**

An independent licensee of the Blue Cross and Blue Shield Association.
Anthem Blue Cross and Blue Shield is the trade name of Community Insurance Company
® Registered Marks Blue Cross and Blue Shield Association

P.O. BOX 50
LOUISVILLE, KY 40233-7850

CUSTOMER SERVICE
01/08/2007 (888) 616-6090

| | |
|---|---|
| PATIENT: | DIXIE |
| ID NUMBER: | XXXXX2002 |
| PROVIDER: | NADAEU, GARY |
| CLAIM NUMBER: | 05014EF7CC00 |
| RECEIVED DATE: | 01/14/05 |
| EOB DATE: | 01/19/05 |
| AMOUNT YOU OWE PROVIDER, IF NOT ALREADY PAID: | 0.00 |

#BWNCQXF
#F0H997271637/DS4#  N03
DIXIE L GRALEY
10206  SOUTH RIVER RD
P O BOX 28
BLUE ROCK OH  43720-0028

## Explanation of Benefits (EOB)

DEAR DIXIE L GRALEY

THIS IS AN EXPLANATION OF THE CLAIMS PROCESSED BY ANTHEM FOR BENEFITS PROVIDED TO YOU.
REASON CODES, WHEN APPLICABLE, ARE EXPLAINED AT THE BOTTOM OF THE LAST PAGE.
IF YOU FILED MULTIPLE PROVIDER BILLS, THEY MAY BE PROCESSED SEPARATELY.

IF YOU ARE COVERED BY MORE THAN ONE (1) HEALTH BENEFIT PLAN, YOU SHOULD FILE ALL YOUR CLAIMS WITH
EACH PLAN.  THIS CLAIM MAY HAVE BEEN PAID AS IF ANTHEM WERE THE PRIMARY CARRIER.  IF YOU HAVE
COVERAGE WITH TWO OR MORE PLANS, THE PLANS' COORDINATION OF BENEFITS RULES WILL BE USED TO DETERMINE
HOW MUCH EACH PLAN PAYS.  PLEASE CONTACT CUSTOMER SERVICE TO UPDATE YOUR OTHER PLAN INFORMATION.

EXPLANATION FOR ASTERISKS BELOW:
* CLAIMS ARE PROCESSED IN ORDER OF DATE RECEIVED, NOT NECESSARILY IN DATE OF SERVICE ORDER.

**** THIS IS THE AMOUNT THAT IS NOT PAYABLE AND MAY INCLUDE AMOUNTS THAT ARE THE PROVIDER AND/OR
YOUR RESPONSIBILITY. PLEASE SEE THE AMOUNT YOU OWE THE PROVIDER TO DETERMINE WHAT YOU OWE THE
PROVIDER.

*** THIS IS THE AMOUNT OF THE BILLED CHARGE THAT WE ARE PAYING YOUR PROVIDER.

| DATE OF SERVICE * | TYPE OF SERVICE | BILLED CHARGES | AMOUNT NOT PAYABLE **** | REASON CODE | WE ARE PAYING YOUR PROVIDER *** |
|---|---|---|---|---|---|
| 10/25/2004 | MEDICAL CARE | 343.00 | 343.00 | SHD | 0.00 |
| 10/25/2004 | MEDICAL CARE | 65.00 | 65.00 | SHD | 0.00 |
| 10/25/2004 | DIAG MEDICAL | 18.00 | 18.00 | SHD | 0.00 |

| BILLED CHARGES | TOTAL PROVIDER SAVINGS | WE ARE PAYING YOUR PROVIDER | AMOUNT YOU OWE TO THE PROVIDER |
|---|---|---|---|
| 426.00 | 426.00 | 0.00 | 0.00 |

YOU ARE RESPONSIBLE FOR A CHARGE DENIED DUE TO MEDICAL NECESSITY IF YOU AGREED, PRIOR TO THE
SERVICE AND AFTER SEEING THE APPROXIMATE COST IN WRITING, TO BE RESPONSIBLE FOR IT.

REASON CODES
   SHD   THIS CHARGE IS A DUPLICATE OF A PREVIOUSLY SUBMITTED CHARGE FOR THIS MEMBER.



**THIS IS NOT A BILL**      PLEASE RETAIN FOR YOUR RECORDS. THIS IS THE ONLY COPY YOU WILL RECEIVE.







DIXIE GRALEY-RUSSELL

**Your Medicare Number: 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D**

555704777

Page 2 of 4
November 13, 2006

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | **Claim number 09-06286-325-710** <br> **Radiology Associates Of, PO Box 250,** <br>      **Zanesville, OH  43702-0250** <br> Referred by: Dr. Kalchik, Ronald J., DO <br> Dr. Wurzbach, Douglas W.  M.D. | | | | | |
| 10/09/06 | 1 Mri brain w/o & w/dye <br>      (70553-26) professional charge | $484.00 | $120.72 | $96.58 | $24.14 | |
| | **Claim number 02-06269-038-450** <br> **South Zanesville Family Medi,** <br>      **200 N Maysville Ave , Zanesville, OH  43701-6172** <br> Dr. Kalchik, Ronald J.  DO | | | | | |
| 09/25/06 | 1 Office/outpatient visit, est (99214-25) | $120.00 | $79.96 | $0.00 | $79.96 | b |
| 09/25/06 | 1 Electrocardiogram, complete (93000) | 65.00 | 25.58 | 0.00 | 25.58 | b |
| 09/25/06 | 1 Urinalysis nonauto w/o scope (81002) | 15.00 | 3.30 | 3.30 | 0.00 | c |
| 09/25/06 | 1 Microalbumin, semiquant (82044) | 13.00 | 0.00 | 0.00 | 0.00 | d |
| 09/25/06 | 1 Vitamin b12 injection (J3420) | 11.00 | 0.36 | 0.00 | 0.36 | b |
| 09/25/06 | 1 Ther/proph/diag inj, sc/im (90772) | 35.00 | 17.77 | 0.00 | 17.77 | b |
| | **Claim Total** | **$259.00** | **$126.97** | **$3.30** | **$123.67** | |
| | **Claim number 09-06291-242-510** <br> **Zanesville Imaging LLC, PO Box  73997,** <br>      **Cleveland, OH  44193-0000** <br> Referred by: Dr. Kalchik, Ronald J., DO | | | | | |
| 10/09/06 | 15 Inj Gad-base MR contrast,1ml (Q9952) | $150.00 | $43.11 | $34.49 | $8.62 | |
| 10/09/06 | 1 Mri brain w/o & w/dye <br>      (70553-TC) technical charge | 2,340.00 | 930.65 | 744.52 | 186.13 | |
| | **Claim Total** | **$2,490.00** | **$973.76** | **$779.01** | **$194.75** | |

**Notes Section:**

a  $ 0.33 of this approved amount has been applied toward your deductible.

(continued)

**INSURANCE INFORMATION**

PO BOX 73997
CLEVELAND, OH 44193

PRIMARY : MEDICARE-OHIO/WEST VIRGINIA
CERT#-233366071D   GRP#-
SECONDARY : NONE ON FILE

ADDRESS SERVICE REQUESTED

IF PAYING BY CREDIT CARD, CHECK CARD AND FILL OUT
    MASTERCARD ___          VISA ___

FOR QUESTIONS ABOUT YOUR BILL CALL
740-454-0366 OR 1-800-686-2384.

CARD NUMBER _____ EXP DATE ___
CARD HOLDER _____
SIGNATURE   _____

GRAley

MB 1820136765
DIXIE RUSSELL
10206 SOUTH RIVER RD
P O BOX 25
BLUE ROCK, OH 43720

MB
ZANESVILLE IMAGING LLC
PO BOX 73997
CLEVELAND, OH 44193

| STATEMENT DATE | ACCOUNT NUMBER | PAY THIS AMOUNT | AMOUNT ENCLOSED |
|---|---|---|---|
| 11/10/06 | 1820136765 | 194.75 | |

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT TO ENSURE PROPER CREDIT

292

| ACCOUNT NAME | ACCOUNT PHONE | ACCOUNT NUMBER | STATEMENT DATE |
|---|---|---|---|
| DIXIE RUSSELL | (740) 674-6918 | 1820136765 | 11/10/06 |

| DATE | PROCEDURE | DESCRIPTION OF SERVICE | CHARGES | PAYMENTS & ADJUSTMENTS | BILLED TO INSURANCE | DUE FROM PATIENT |
|---|---|---|---|---|---|---|
| 10/09/06 | Q9952 | OMNISCAN PER 1 ML | 150.00 | | | |
| 10/09/06 | 70553 | MRI BRAIN W W/O CONTRAST | 2340.00 | | | |
| 11/02/06 | | PAYMENT - MEDICARE-OHIO/WEST VIRGINIA CK#:881 | | -779.01 | | |
| 11/02/06 | | MEDICARE ADJUSTMENT | | -1516.24 | | |
| 10/16/06 | | SERVICES BILLED TO MEDICARE-OHIO/WEST VIRGINIA | | | | |
| T# 11004 | | PERFORMING PHYS :ZANESVILLE IMAGING | | | | 194.75 |

| CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS | PAY THIS AMOUNT | |
|---|---|---|---|---|---|---|
| 194.75 | 0.00 | 0.00 | 0.00 | 0.00 | | 194.75 |

WRITE ACCOUNT NO. ON YOUR
CHECK AND MAKE PAYABLE TO: ZANESVILLE IMAGING LLC

FOR QUESTIONS CALL: 740-454-0366
     TOLL FREE: 1-800-686-2384
         HOURS: MON-THURS 8AM-4PM FRI 8AM-3PM
           FAX: 740-454-3790

SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

751 FOREST AVE
ZANESVILLE, OH 43701

PRIMARY : MEDICARE-OHIO/WEST VIRGINIA
CERT#-233366071D  GRP#-
SECONDARY : NONE ON FILE

IF PAYING BY CREDIT CARD, FILL OUT BELOW
CARD NAME _____ EXP DT __/__
CARD NUMBER _____
CARD HOLDER _____
SIGNATURE _____

FOR QUESTIONS ABOUT YOUR BILL CALL
740-454-0804 OR 1-800-834-7804

GRaley

AC 33906
DIXIE RUSSELL
BOX 25
BLUE ROCK, OH 43720

CS
CARDIOLOGY ASSOCIATES OF SE OH
751 FOREST AVE
SUITE 300
ZANESVILLE, OH 43701

| STATEMENT DATE | ACCOUNT NUMBER | PAY THIS AMOUNT | AMOUNT ENCLOSED |
|---|---|---|---|
| 10/25/06 | 33906 | 49.94 | |

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT TO ENSURE PROPER CREDIT

213

BALANCE DUE UPON RECEIPT.

We accept Master Card, Visa and Discover.

| ACCOUNT NAME | ACCOUNT PHONE | ACCOUNT NUMBER | STATEMENT DATE |
|---|---|---|---|
| DIXIE RUSSELL | (740)674-6918 | 33906 | 10/25/06 |

| DATE | PROCEDURE | DESCRIPTION OF SERVICE | CHARGES | PAYMENTS & ADJUSTMENTS | BILLED TO INSURANCE | DUE FROM PATIENT |
|---|---|---|---|---|---|---|
| 10/04/06 | 93350 | STRESS ECHO OFFICE REAL TIME | 540.00 | | | |
| 10/04/06 | 93015 | STRESS TEST | 350.00 | | | |
| 10/25/06 | | PYMNT - MEDICARE-OHIO/WEST VIRGINIA CK#:8 | | -198.44 | | |
| 10/25/06 | | MEDICARE ADJUSTMENT | | -641.62 | | |
| 10/06/06 | | SERVICES BILLED TO MEDICARE-OHIO/WEST VIRGINIA | | | | |
| 10/25/06 | | $.33 APPLIED TO YOUR DEDUCTIBLE/COPAY | | | | |
| T# 170175 | | PERFORMING PHYS : SAMAR KHOURY, M.D. | | | | 49.94 |

PAY THIS AMOUNT  49.94

Write Acct# On Your         For Questions Call: 740-450-3341
Check & Make Payable To:       Toll Free: 1-800-834-7804
                               Hours: MONDAY-FRIDAY 8:00AM - 5:00 PM
  CARDIOLOGY ASSOCIATES OF SE OH    Fax: 740-454-7171

SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

RADIOLOGY ASSOC OF S.E.O., INC.
838 MARKET STREET PO BOX 250
ZANESVILLE, OH 43701

ADDRESS SERVICE REQUESTED

#BWNHXTW
#ZANE SV02 2526 ///6#   3112*RAS *11 *026

GRaley
DIXIE RUSSELL
10206 S RIVER RD
PO BOX 25
BLUE ROCK, OH 43720-0025

| PATIENT NAME |  |
|---|---|
| DIXIE RUSSELL | |
| ACCOUNT NUMBER | STATEMENT DATE |
| 022526 | 10/30/06 |
| AMOUNT DUE | AMOUNT PAID |
| $24.14 | |

RADIOLOGY ASSOC OF S.E.O., IN
838 MARKET STREET PO BOX 250
ZANESVILLE, OH 43701

**BILLING QUESTIONS? CALL: 1-740-452-9319**

DETACH AT PERFORATION BELOW AND RETURN THIS PORTION OF STATEMENT WITH PAYMENT

| DATE | DOCTOR | CODE | DESCRIPTION | DIAG | AMOUNT |
|---|---|---|---|---|---|
| 10/09/06 | STAFF PHYSICIAN | 70553 -26 | MRI BRAIN; W & W/O CONTRA | 294.8 | $484.00 |
| 10/25/06 | STAFF PHYSICIAN | 1100 | PAYMENT-MEDICARE | | $96.58- |
| 10/25/06 | STAFF PHYSICIAN | 1199 | WRITE OFF MEDICARE | | $363.28- |

FULL PAYMENT EXPECTED IN 30 DAYS

| ACCOUNT NUMBER | DATE OF STATEMENT | PAYMENTS AFTER THIS DATE WILL APPEAR ON YOUR NEXT STATEMENT | AMOUNT PAID | AMOUNT DUE |
|---|---|---|---|---|
| 022526 | 10/30/06 | | | $24.14 |

PATIENT NAME
DIXIE RUSSELL

MAKE CHECKS PAYABLE TO:
RADIOLOGY ASSOC OF S.E.O., INC.

MEDICARE HAS PAID THEIR PORTION. THIS
BALANCE IS YOUR RESPONSIBILITY. IF YOU
HAVE OTHER INSURANCE FORWARD A COPY OF
THIS BILL AND YOUR MEDICARE EOB TO THEM.
Tax Id:48-1290229

Place of Service: GENESIS HEALTHPLEX
Referring Doctor: KALCHIK, M.D.  RONALD J

RADIOLOGY ASSOC OF S.E.O., INC.
838 MARKET STREET PO BOX 250
ZANESVILLE, OH 43701
1-740-452-9319

SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

b
07-47
RWR

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Dixie Graley

MUSK CO

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** OH
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Uzan Bank-Huntington MUSK CO

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** OH
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

CASE NUMBER 1:07CV00047
JUDGE: Richard W. Roberts
DECK TYPE: Personal Injury/Malpracti
DATE STAMP: 01/8/2007

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☒ Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLAINTIFF A[ND ONE BOX FOR DEFENDANT]

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of this State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☒ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(1)

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☒ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
ACCIDENT - Fell - Coming out of BANK - Hunington - UZAN - S Zanesville CRACK 3 Places in my Skull - NECK - SPINE - upper OA

VII. REQUESTED IN COMPLAINT   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 2 /3. Million DOLLARS   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

VIII. RELATED CASE(S) IF ANY   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 1.8.07   SIGNATURE OF ATTORNEY OF RECORD   Dupe L Graley 12-26-06 Plaintiff

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd