UNITED STATES DISTRICT COURT
for the DISTRICT of Columbia

DIXIE GRALEY
V
UZAN-HUNINGTON BANK

07-47-RWR

CIV ACTION NO
1:07CV00047

JUDGE'S INITIALS R.W.R.

PERSONAL INJURY/MALPRACTI,
SUE for $400,000 for MEDICAL Bills (also to live on)
SUE for $213 million Dollars - FOR DAMAGES
Fell coming out of BANK - Have BRAIN Concussion
Three Cracks in Skull - went up against
Brick wall. Neck injury and upper Spine
And also some Brain Damage.

Respectfully Submitted
Dixie Graley
10206 S River Rd
McConnesville OH 43756

Certificate of Service
I hereby (certify) That on JAN. 12, 2007 A
copy of my (Title of Filing) Personal Injury/Malpractice
was mailed to all defendants at th following
Addresses: UZAN HUNINGTON BANK
219 5 Zanesville, OH 43701
Maysville Ave

Dixie Graley
DIXIE GRALEY
10206 S River Rd
McConnesville OHIO 43756

RECEIVED
JAN 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
for The DISTRICT of Columbia

DIXIE GRALEY  
Plaintiff  
v  
UZAN-HUNINGTON BANK  
Defendant

07-47-RWR

CIV ACTION NO #
1:07CV00047
Judge initials RWR

TITLE OF FILING
Personal Injury/Malpractice

SUE FOR $400,000 FOR Medical Bills AND to Live off of.

Sue for 213 Million Dollars - settlement
3 CRACKS IN Skull Brain Concussion Slight Brain Damage Neck Damage and upper Vertebras, Fell coming out of Bank over A Metal Strip Fell up Against The Brick Wall.

Respectfully Submitted
Dixie Graley
DIXIE GRALEY
10206 S River Rd
McConnesville OH 43756

Certificate of Service
I hereby certify that Jan 13 2007 a copy of my Complaint - Personal Injury-/Malpractice was mailed to all Defendants at the Folloing Address UZAN-Hunington Bank 219 Maysville Ave Zanesville, OH 43701

Dixie Graley
DIXIE GRALEY                    OHIO
10206 S River Rd McConnesville 43756