UNITED STATES DISTRICT COURT
FOR DISTRICT OF Columbia
Clerk of Courts

Initial Scheduling Conferences

I DIXIE Graley Live in OHIO 43756 McConnesville
AND CAN'T come To the Court Conferences
Because of the DISTANCE
I ALSO HAVE A MEDICAL PROBLEM.
That Keeps me from Coming.

Plaintiff
740-674-6918
DIXIE GRALEY
VS
Defendant
UZAN Hunington BANK
219 MAYSVille
AVENUE, ZANESVille
OH 43701

07-47-RWR
CIV ACTION #
1:07CV00047
JUDGE INITIALS
R.W.R.

Respectfully Sumitted

Dixie Graley
DIXIE GRALEY
10206 S RIVER RD
McCONNESVille OH 43756