UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Columbia

DIXIE GRALEY
V
UZAN-Hunington
BANK

07-47-RWR
1:07CV00047
Civil Action #
Judges Intials RWR

AFFIDAVIT of SERVICE

I DIXIE GRALEY - Dixie Graley hereby declare on the
A COPY of Summons AND
17 day of JAN 2007, I mailed Return Recupt    Complaint
Certified MAIL
Requested to the UZAN-HUNING BANK
Attached hereto is the Certified green Card
Acknowledging Service.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UZAN-Hunington Bank
219 Maysville Ave
Zanesville OHiO 43701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7005 1160 0001 3955 9617

PS Form 3811, February 2004    102595-02-M-1540

RECEIVED
JAN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dixie Graley
DIXIE GRALEY
10206 S RIVER Rd
McConnesville
OHIO 43756