IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIXIE GRALEY** | * |
| **Plaintiff,** | * |
| v. | *   Case No.: 1:07CV00047 |
| **UZAN-HUNINGTON BANK** | * |
| **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR HEARING

Named Defendant **UZAN-HUNINGTON BANK** respectfully requests a hearing on its Motion to Dismiss Plaintiff's Complaint.

Respectfully Submitted,

 /s/ Brian E. Hoffman
**JEFFREY R. SCHMIELER,#035964**
**BRIAN E. HOFFMAN, #473860**
*SAUNDERS & SCHMIELER, P.C.*
8737 Colesville Road, Suite L-201
Silver Spring, MD 20910
(301) 588-7717
***Attorneys for Named Defendant***