United States District Court
District of Columbia Clerk of Courts

Dixie Graley   )   07-47-RWR
Planiff        )   Civil Action No#
v              )   1:07CV00047
Uzan Hunington )   [ Judges initials
Bank           )   R.W.R.

## MOTION

I don't think the judge should grant the Motion to DISMISS CASE

I don't think the judge should grant the defendents Request, Because I could have more Damage to the Brain later on. I already have slight Damage. I have 3 cracks in my skull and my neck and upper vertbras are damaged I have headakes all the time. I fell on my elbows and have scars and also large scars on the front of my legs.

Summons + Complaint I also mailed copies to the defendant.

I request 213 Million Dollars and all my medical Bills Paid.

Respectfully submitted

Dixie Graley
DIXIE GRALEY
10206 S River Rd
McConnesville, OHIO
43756

**RECEIVED**
FEB 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I hereby certify that on JAN 13 2007 A copy of the Summons and Complaint was mailed to all Defendents 219 Maysville Ave Zanesville Ohio 43701 - Uzan Hunington Bank 219 Maysville Ave Zanesville OH 43701

Dixie Graley
DIXIE GRALEY
10206 S River Rd
McConnesville OH
43756

UNITED STATES DISTRICT COURT
DISTRICT of Columbia

Civil Action 0747 RWR
NO# 1:07 CV00047

A Proposed ORDER

Judge

_____

Plaintiff
Dixie Graley - DIXIE GRALEY
10206 S River Rd
McConnesville OH 43756

DEFendant
U.S. AN Huntington Bank
219 Maysville Ave
S, Zanesville OH
43701