IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

**DIXIE GRALEY**         *

    **Plaintiff,**         *

v.         *     Case No.: 1:07CV00047

**UZAN-HUNINGTON BANK**         *

    **Defendants**         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### REQUEST FOR RULING ON DEFENDANT UZAN-HUNINGTON BANK'S MOTION TO DISMISS

Named Defendant **UZAN-HUNINGTON BANK** respectfully requests this Honorable Court to Rule on its Motion to Dismiss Plaintiff's Complaint or in the alternative to schedule a Hearing on Defendant's Motion to Dismiss and for cause states the following:

1. On February 9, 2007, named Defendant Uzan-Hunington Bank filed a Motion to Dismiss Plaintiff's Complaint together with Exhibits 1-3, a proposed Order, and Request for Hearing with this Honorable Court.

2. On February 14, 2007, the Plaintiff filed an Opposition to Named Defendant Uzan Hunington Bank's Motion to Dismiss.

3. The Motion at issue is ripe for a ruling as almost three (3) months have passed since named Defendant Uzan-Hunington Bank filed its Motion.

**WHEREFORE,** named Defendant Uzan-Hunington Bank respectfully requests this Honorable Court to rule on its Motion to Dismiss Plaintiff's Complaint or in the alternative to schedule a Hearing on its Motion.

Respectfully submitted,


 /s/ Brian E. Hoffman
**JEFFREY R. SCHMIELER, #035964**
**BRIAN E. HOFFMAN, #473860**
**SAUNDERS & SCHMIELER, P.C.**
8737 Colesville Road, Suite L-201
Silver Spring, MD  20910
(301) 588-7717
*Counsel for Named Defendant*
*UZAN-HUNINGTON BANK*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Named Defendant Uzan-Hunington Bank's Request for Ruling on its Motion to Dismiss Plaintiff's Complaint was electronically filed with the Court and served this **_2nd_** day of **_May 2007,_** by mailing a copy postage prepaid to:

Dixie Graley
10206 S River Road
McConnesville, Ohio 43756

/s/ Brian E. Hoffman
**Brian E. Hoffman**