# UNITED STATES DISTRICT COURT FOR the DISTRICT of Columbia

Plaintiff
DIXIE GRAley
vs
Defendant
UZAN-Huntington Bank

) 07-47-RWR
) CIV ACTION #
) 1:07 CV 00047
) JUDGE INITIALS RWR

Respond to motion filed by Defendant

**REQUST NOT TO HAVE A Hearing ON The MOTION TO Dismiss Plaintiff Complaint Against UZAN-Huntington Bank. Defendant**

Honorable JUDGE

1. Defendant-Requst A Hearing To Dismiss the complaint Against the Plaintiff. (I Plaintiff Request That The complaint NOT be DISMISSED)

I have Skull injurys + BRAIN INJURYS - CRACKS IN The Skull I NEED MONEY FOR Medical Bills AND future BRAIN DAMAGE The Clerk said they would give the case to AN Attorney, I couldn't get AN Attorney IN OHIO. Please don't Dismiss the Complaint

Respectfully sumitted,

Dixie Graley
DIXIE GRAley
10206 S RIVER Rd
McConnesville OHIO 43756