UNITED STATES DISTRICT COURT
FOR The District of Columbia

DIXIE GRALEY
Plaintiff

V

UZAN BANK-Huntington
Defendant

Civil Action No 07-47
RWR

RECEIVED
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION - Here comes the Plaintiff NOT TO GRANT SUMMARY Judgement AND NOT TO DISMISS - CASE AND Complaint. This was a Real Bad Accident, Concussion of Brain, Three Cracks in Skull, Neck and Spine Injury, I am still going to DR Sample in Zanesville OHIO also left Arm Injury. I seek the judgement for all injury, and Medical And Help I need to do my jobs. I Think I deserve That Amount, Please use The Medical Records And Complaint on Record, AND file.

Respectfully Submitted
Dixie Graley
DIXIE GRALEY
10206 S River Rd
McConnesville OHIO
43756

IN The United States District Court
For the District Of The District of Columbia

Dixie Graley
    Plaintiff

CASE NO 1:07
              CV0047
              RWR

V

UZAN-Hunington Bank
    Defendant

## ORDER

UPON Consideration of Plaintiff Dixie Graley Montion To Dismiss Defendants - UZAN Huntington Bank Motion of Summary Judgement and Any opposition Thereto it is hereby This ____ day of _____ 2007.

ORDERED, That Named Plaintiff Dixie Graley Motion To Dismiss - Summary Judgement is hereby Granted And The Settlement be paid.

And it is Futher ORDERED that The Defendants - Motion - Summary Judgement is Dismissed with Prejudice.

_____
JUDGE

Dixie Graley
DIXIE GRALEY
10206 ~~____~~ S. River Rd
McConnesville Ohio
43756


Case 1:07-cv-00047-RWR     Document 11-2     Filed 03/30/2007     Page 1 of 4

www.genesishcs.org

EXPLANATION OF OUR BILLING PROCESS
AND PERSONAL INSURANCE INFORMATION

**THIS IS NOT A BILL.** We are providing your personal
insurance information we have on file for this account.

We recently billed ANTHEM for the
charges below. Please verify your personal
insurance information and update us with any changes.
No response from you is needed if all information is correct.

11/19/2004

GRALEY, DIXIE L
10206 S RIVER RD   3 3
PO BOX 28
BLUE ROCK  OH  43720-0028

## PERSONAL AND INSURANCE INFORMATION

### PERSONAL

| | |
|---|---|
| **Patient Name** | GRALEY,DIXIE |
| **Account Number** | 1819542166 |
| **Attending Physician** | NADEAU,GARY |

Please check the insurance information and policy
number(s). If any of this information is incorrect,
please contact Patient Accounts (740) 454-5907 so
that we may properly update our records.

You are ultimately responsible for your account
balance. Please make sure the information is accurate.

| | |
|---|---|
| **Date of Service** | 10/25/2004 |
| **Service Description** | GOOD SAMARITAN EMERGENCY ROOM SERVICES |

### INSURANCE

| | |
|---|---|
| **Insured Name** | GRALEY,DIXIE |
| **Primary Insurance** | ANTHEM |
| **Policy Number** | YRP278362002 |
| **Group Number** | 00060042 |

**Insured Name**
**Secondary Insurance**
**Policy Number**
**Group Number**

**Account Number**         1819542166

**Free Care Program**   (Hospital Services Only)
As a resident of the State of Ohio, you may be eligible
for the Care Assurance Program if your income is at or
below the Federal Poverty Guidelines based on your
family size. Please see the back of the statement for the
guidelines. If you feel that you may qualify, please call
(740) 454-4507 or (740) 454-5051.

### DESCRIPTION OF CHARGES

| Charges Billed to Your Insurance | Amount |
|---|---|
| EMERGENCY/EXPRESS/FIRST CARE | 513.96 |
| LAB CHEMISTRY | 440.76 |
| LAB HEMATOLOGY | 144.96 |
| PHLEBOTOMY | 10.62 |
| RADIOLOGY | 140.70 |
| CT SCAN | 1,255.26 |
| TOTAL CHARGES: | 2,506.26 |
| | |
| INSURANCE PAYMENTS/ADJUSTMENTS: | 0.00 |
| PATIENT PAYMENTS/ADJUSTMENTS: | 0.00 |

| | |
|---|---|
| Total Billed to Your Insurance | 2506.26 |

### THIS IS NOT A BILL.

**Please verify your personal insurance information
and update us with any changes. No response
from you is needed if all information is correct.**

695

**Anthem.**
An independent licensee of the Blue Cross and Blue Shield Association.
Anthem Blue Cross and Blue Shield is the trade name of Community Insurance Company
® Registered Marks Blue Cross and Blue Shield Association

P.O. BOX 37850
LOUISVILLE, KY 40233-7850

0525AI010131-011672    *011160010101*
CUSTOMER SERVICE
TOLL FREE (888) 632-6497

| | |
|---|---|
| PATIENT: | DIXIE |
| ID NUMBER: | XXXXX2002 |
| PROVIDER: | NADAEU, GARY |
| CLAIM NUMBER: | 05136EB8D000 |
| RECEIVED DATE: | 05/16/05 |
| EOB DATE: | 05/25/05 |
| AMOUNT YOU OWE PROVIDER, IF NOT ALREADY PAID: | 0.00 |

#BWNCQXF
#FOH997271637/DS4#  N03
DIXIE L GRALEY
10206 SOUTH RIVER RD
P O BOX 28
BLUE ROCK OH  43720-0028

## Explanation of Benefits (EOB)

DEAR DIXIE L GRALEY

THIS IS AN EXPLANATION OF THE CLAIMS PROCESSED BY ANTHEM FOR BENEFITS PROVIDED TO YOU.
REASON CODES, WHEN APPLICABLE, ARE EXPLAINED AT THE BOTTOM OF THE LAST PAGE.
IF YOU FILED MULTIPLE PROVIDER BILLS, THEY MAY BE PROCESSED SEPARATELY.

IF YOU ARE COVERED BY MORE THAN ONE (1) HEALTH BENEFIT PLAN, YOU SHOULD FILE ALL YOUR CLAIMS WITH
EACH PLAN.  THIS CLAIM MAY HAVE BEEN PAID AS IF ANTHEM WERE THE PRIMARY CARRIER.  IF YOU HAVE
COVERAGE WITH TWO OR MORE PLANS, THE PLANS' COORDINATION OF BENEFITS RULES WILL BE USED TO DETERMINE
HOW MUCH EACH PLAN PAYS.  PLEASE CONTACT CUSTOMER SERVICE TO UPDATE YOUR OTHER PLAN INFORMATION.

EXPLANATION FOR ASTERISKS BELOW:
* CLAIMS ARE PROCESSED IN ORDER OF DATE RECEIVED, NOT NECESSARILY IN DATE OF SERVICE ORDER.

**** THIS IS THE AMOUNT THAT IS NOT PAYABLE AND MAY INCLUDE AMOUNTS THAT ARE THE PROVIDER AND/OR
YOUR RESPONSIBILITY. PLEASE SEE THE AMOUNT YOU OWE THE PROVIDER TO DETERMINE WHAT YOU OWE THE
PROVIDER.

*** THIS IS THE AMOUNT OF THE BILLED CHARGE THAT WE ARE PAYING YOUR PROVIDER.



| DATE OF SERVICE * | TYPE OF SERVICE | BILLED CHARGES | AMOUNT NOT PAYABLE **** | REASON CODE | WE ARE PAYING YOUR PROVIDER *** |
|---|---|---|---|---|---|
| 10/25/2004 | MEDICAL CARE | 343.00 | 343.00 | SHD | 0.00 |
| 10/25/2004 | MEDICAL CARE | 65.00 | 65.00 | SHD | 0.00 |
| 10/25/2004 | DIAG MEDICAL | 18.00 | 18.00 | SHD | 0.00 |

| BILLED CHARGES | TOTAL PROVIDER SAVINGS | WE ARE PAYING YOUR PROVIDER | AMOUNT YOU OWE TO THE PROVIDER |
|---|---|---|---|
| 426.00 | 426.00 | 0.00 | 0.00 |

YOU ARE RESPONSIBLE FOR A CHARGE DENIED DUE TO MEDICAL NECESSITY IF YOU AGREED, PRIOR TO THE
SERVICE AND AFTER SEEING THE APPROXIMATE COST IN WRITING, TO BE RESPONSIBLE FOR IT.

REASON CODES
   SHD   THIS CHARGE IS A DUPLICATE OF A PREVIOUSLY SUBMITTED CHARGE FOR THIS MEMBER.

**THIS IS NOT A BILL**        PLEASE RETAIN FOR YOUR RECORDS. THIS IS THE ONLY COPY YOU WILL RECEIVE.

003879    12013                5954b  N4169 TH19 IIM 002 1129 R

**SOUTH ZANESVILLE FAMILY MEDICA**  
**200 NORTH MAYSVILLE AV**  
**ZANESVILLE OH 43701**

# STATEMENT

WE ARE NOW ACCEPTING PAYMENT BY VISA AND MASTERCARD.

RETURN SERVICE REQUESTED

☐ CHECK HERE For Credit Card Payment

SHOW AMOUNT PAID HERE     $ _____

| (740) 455-3112 | 10/18/06 | 12013 | 01 | CONTINUED |
|---|---|---|---|---|
| OFFICE PHONE NUMBER | CLOSING DATE | YOUR ACCOUNT NUMBER | PAGE NO. | PATIENT BALANCE |

DIXIE L RUSSELL  
BOX 25 10206 S RIVER ROAD  
BLUE ROCK, OH 43720-0025

SOUTH ZANESVILLE FAMILY MEDICA  
200 NORTH MAYSVILLE AV  
ZANESVILLE, OH 43701-6172

NOTE: Charges and payments not appearing on this statement will appear on next month's statement.

**PLEASE RETURN THIS PORTION WITH PAYMENT**

CHARGES APPEARING ON THIS STATEMENT ARE **NOT** INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | PROVIDER NAME | EXPLANATION OF ACTIVITY | PATIENT NAME | CHARGES AND DEBITS | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
| 091406 | | CASH PAYMENT - THANK YOU! | | | -5.00 |
| 092506 | KALCHIK DO | OV EST LEVEL 4 | D RUSSELL | 120.00 | |
| 092506 | | ADDITIONAL DIAGNOSIS | | | |
| 092506 | | ADDITIONAL DIAGNOSIS | | | |
| 092506 | | ADDITIONAL DIAGNOSIS | | | |
| 092506 | | EKG AND INTERP | | 65.00 | |
| 092506 | | URINALYSIS | | 15.00 | |
| 092506 | | MICRAL URINE | | 13.00 | |
| 092506 | | B-12 | | 11.00 | |
| 092506 | | THERAPEUTIC, DIAGNOSTIC INJECTION SUBCU | | 35.00 | |
| 092606 | | MEDICARE OHIO # 137191  Filed | | | |
| 101106 | KALCHIK DO | OV EST LEVEL 3 | D RUSSELL | 80.00 | |
| 101106 | | ADDITIONAL DIAGNOSIS | | | |
| 101106 | | ADDITIONAL DIAGNOSIS | | | |
| 101106 | | ADDITIONAL DIAGNOSIS | | | |
| 101206 | | MEDICARE OHIO # 137541  Filed | | | |
| 101306 | | PAYMENT   MEDICARE OHIO   c# 1371911 | | | -3.30 |

| STATEMENT CLOSING DATE: | 10/18/06 | PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE: | 12013 |
|---|---|---|---|
| | | | PATIENT BALANCE PAY THIS AMOUNT |
| | | CONTINUED | |

SEND INQUIRIES TO:  
SOUTH ZANESVILLE FAMILY MEDICA  
200 NORTH MAYSVILLE AV  
ZANESVILLE OH 43701  
IRS #: 311489098

(740) 455-3112  
THANK YOU FOR CHOOSING SOUTH ZANESVILLE FAMILY MEDICAL CTR FOR YOUR HEALTH CARE NEEDS.

013848
Case 1:07-cv-00047-RWR   Document 11-2   Filed 07/30/2007   Page 6 of 6

# STATEMENT

SOUTH ZANESVILLE FAMILY MEDICA
200 NORTH MAYSVILLE AV
ZANESVILLE OH 43701

WE ARE NOW ACCEPTING PAYMENT BY VISA AND MASTERCARD.

RETURN SERVICE REQUESTED

☐ CHECK HERE For Credit Card Payment

SHOW AMOUNT PAID HERE  $_____

| (740) 455-3112 | 01/31/07 | 12013 | 01 | 240.12 |
|---|---|---|---|---|
| OFFICE PHONE NUMBER | CLOSING DATE | YOUR ACCOUNT NUMBER | PAGE NO. | PATIENT BALANCE |

DIXIE L RUSSELL
BOX 25 10206 S RIVER ROAD
BLUE ROCK, OH 43720-0025

SOUTH ZANESVILLE FAMILY MEDICA
200 NORTH MAYSVILLE AV
ZANESVILLE, OH 43701-6172

NOTE: Charges and payments not appearing on this statement will appear on next month's statement.

PLEASE RETURN THIS PORTION WITH PAYMENT

CHARGES APPEARING ON THIS STATEMENT ARE **NOT** INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | PROVIDER NAME | EXPLANATION OF ACTIVITY | PATIENT NAME | CHARGES AND DEBITS | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
| 120106 | | BALANCE FORWARD | | 133.85 | |
| 011007 | KALCHIK DO | OV EST LEVEL 4 | D RUSSELL | 125.00 | |
| 011007 | | ADDITIONAL DIAGNOSIS | | | |
| 011007 | | ADDITIONAL DIAGNOSIS | | | |
| 011007 | | ADDITIONAL DIAGNOSIS | | | |
| 011007 | | B-12 | | 11.00 | |
| 011007 | | ADMIN FOR VACCINES/TOXOIDS | | 30.00 | |
| 011107 | | MEDICARE OHIO # 138409  Filed | | | |
| 012307 | | PT OWES DEDUCTIBLE  c# 1384091 | | | 0.00 |
| 012307 | | Deductible    106.27 | | | |
| 012307 | | WRITE-OFF MEDICARE OHIO  c# 1384091 | | | -59.73 |

| STATEMENT CLOSING DATE: | 01/31/07 | PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE: | | | 12013 |
|---|---|---|---|---|---|
| CURRENT | 30-60 DAYS | 60-90 DAYS | > 90 DAYS | TOTAL | INS PENDING | PATIENT BALANCE PAY THIS AMOUNT |
| 106.27 | | | 133.85 | 240.12 | 0.00 | 240.12 |

SEND INQUIRIES TO:
SOUTH ZANESVILLE FAMILY MEDICA
200 NORTH MAYSVILLE AV
ZANESVILLE OH 43701
IRS #: 311489098

(740) 455-3112
HAVE YOU CHECKED WITH YOUR INSURANCE COMPANY ABOUT THE PAYMENT DELAY.