IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIXIE GRALEY** | * |
| **Plaintiff,** | * |
| v. | *  Case No.: 1:07CV00047 |
| **UZAN-HUNINGTON BANK** | * |
| **Defendants** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### RENEWED MOTION FOR RULING ON
### NAMED DEFENDANT UZAN-HUNINGTON BANK'S
### MOTION TO DISMISS

Named Defendant **UZAN-HUNINGTON BANK** respectfully requests this Honorable Court to Rule on its Motion to Dismiss Plaintiff's Complaint and in support thereof states the following:

1. On February 9, 2007, Named Defendant Uzan-Hunington Bank filed a Motion to Dismiss Plaintiff's Complaint together with Exhibits 1-3, a proposed Order, and Request for Hearing with this Honorable Court.

2. On February 14, 2007, the Plaintiff filed an Opposition to Named Defendant Uzan Hunington Bank's Motion to Dismiss.

3. On May 2, 2007 Named Defendant Uzan-Hunington Bank file a Request for Ruling on Defendant's Motion to Dismiss.

4. On May 9, 2007 Plaintiff filed a reply to Named Defendant Uzan-Hunington Bank's Request for Ruling on Defendant's Motion to Dismiss.

5. On July 23, 2007 the Court issued a Memorandum instructing the Plaintiff to supplement her Response to Defendant's Motion to Dismiss Plaintiff's Complaint giving her a deadline of August 13, 2007 to do so.

6. On July 30, 2007 Plaintiff complied with the Court's instruction filing a Supplemental Response and proposed Order with the Court.

7. The Motion at issue is ripe for a ruling as almost six (6) months have passed since named Defendant Uzan-Hunington Bank filed its Motion to Dismiss Plaintiff's Complaint.

**WHEREFORE,** named Defendant Uzan-Hunington Bank respectfully requests this Honorable Court to rule on its Motion to Dismiss Plaintiff's Complaint or in the alternative to schedule a Hearing on its Motion.

Respectfully submitted,

 /s/ Brian E. Hoffman
**JEFFREY R. SCHMIELER, #035964**
**BRIAN E. HOFFMAN, #473860**
**SAUNDERS & SCHMIELER, P.C.**
8737 Colesville Road, Suite L-201
Silver Spring, MD  20910
(301) 588-7717
***Counsel for Named Defendant***
***UZAN-HUNINGTON BANK***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Named Defendant Uzan-Hunington Bank's Request for Ruling on its Motion to Dismiss Plaintiff's Complaint was electronically filed with the Court and served this _**16th**_ day of **August 2007,** by mailing a copy postage prepaid to:

Ms. Dixie Graley
10206 S River Road
McConnesville, Ohio 43756

/s/ Brian E. Hoffman
**Brian E. Hoffman**