IN The United STATES COURT FOR
The District of The District of Columbia

DIXIE GRALEY
   Plaintiff

V

UZAN Hunington BANK

CASE NO
1:07CV00047
RWR

RECEIVED
AUG 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RENEWED MOTION NOT TO Dismiss Plaintiff Complaint

NAMED Plaintiff DIXIE GRALEY REQuest the Complaint not to be DISMISSED, AND not Have A hearing on the Case. This should go STRAIGHT To TRIAL. I need money for DR Bills, Also I Think That I derserve the Settlement. I need money To get help with my Jobs. Please use the Complaint for the TRIAL AND All The papers I sent IN AUG-2007 Whereefore, The Plaintiff DIXIE GRALEY Request that The Defendant UZAN BANK Hunington Motion to DIMISS Plaintiff Complaint not Be gRanted OR not gRant A Heaking. The case should go To TRIAL AND be gRanted The Case for Plaintiff.

740-6746918

Respectfully submitted
Dixie Graley
DIXIE GRALEY
10206 S River Rd.
MCConnesville OHIO
43756