```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____  )
                                      )
**DIXIE GRALEY,**                     )
                                      )
      **Plaintiff,**             )
                                      )
      v.                        )   Civil Action No. 07-47 (RWR)
                                      )
**UZAN-HUNINGTON BANK,**              )
                                      )
      **Defendant.**             )
_____  )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion [5] to dismiss the complaint be, and hereby is, GRANTED. The complaint is DISMISSED. It is further

ORDERED that defendant's motion for a hearing [6], defendant's motions [8] [12] for a ruling, and plaintiff's renewed motion [13] not to dismiss, be, and hereby are, DENIED as moot.

This is a final, appealable order.

SIGNED this 6th day of September, 2007.

                                                  /s/
                                   RICHARD W. ROBERTS
                                   United States District Judge